ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Tridant Solutions, Inc. | ) ASBCA Nos. 63972-ADR, 63997-ADR |
| | ) |
| Under Contract No. N68936-22-D-0017 | ) |

APPEARANCE FOR THE APPELLANT:     William M. Pannier, Esq.
                                    Pannier Law, PC
                                    Thousand Oaks, CA

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
                                    Navy Chief Trial Attorney
                                    André Long, Esq.
                                    Corey Bouvier, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  April 16, 2025

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63972-ADR, 63997-ADR, Appeals of Tridant Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:  April 16, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals